## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Martin Manuel Teran | § | CASE NO: 19-31208 |
| | § | |
| Debtor | § | Chapter 13 Proceeding |

### NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 11

NOW COMES, Counsel for Debtors, W. Matt Watson, and files this Notice of Withdrawal of Document Number 11, and respectfully shows unto the Court as follows:

Counsel for Debtors filed a Proof of claim.  This document is Document Number 11 on the Court's Docket. Debtors request that said document be withdrawn.

Respectfully Submitted,

WATSON & GRIFFIN

__/s/W. Matt Watson_____
W. Matt Watson
Attorney for Debtor
1123 E. Rio Grande
El Paso, Texas 79902
PH: (915) 562-4357
FAX:(866)201-0967
Texas Bar No. 24028878

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

IN RE:  **Martin Manuel Teran**                                   CASE NO.  **19-31208**

                                                                                CHAPTER  **13**

**Certificate of Service**

---

I hereby certify that as of the date of filing the attached document, I have mailed/delivered a true and correct copy thereof to each party listed herein as well as all parties listed as receiving electronic mail notices as well as the Chapter 13 Trustee, Stuart C Cox 1760 N Lee Trevino Dr. El Paso, TX 79936, and U.S. Trustee, 615 E. Houston, Suite 533, San Antonio. Texas 78205

Date:   **10/7/2019**                                   **/s/ W. Matt Watson**
                                                                        **W. Matt Watson**
                                                                        Attorney for the Debtor(s)


Account Resolution Services
xxxx2173
Attn: Bankruptcy
PO Box 459079
Sunrise, FL 33345

Conn's HomePlus
xxxxx6430
Attn: Bankruptcy Dept
PO Box 2358
Beaumont, TX 77704

International Finance Co
4316 Montana Ave
El Paso, TX 79903


Atlas Credit Co., Inc.
6920 Delta Dr #3
El Paso, TX 79915

El Paso Tax Assessor-Collector
221 North Kansas Suite 300
El Paso, Texas 79901

Linebarger Goggan Blair & Sampson.
LLP
711 Navarro, Suite 300
San Antonio, TX 78205


Bf F Elp Llc
xxxxxxxx0472
424 N Yarborough
El Paso, TX 79915

Gold Star Finance Inc
1491 Lee Trevino Dr suite a
El Paso, TX 79936

Martin Manuel Teran
7416 Alpine Dr
El Paso, TX 79915


CARRINGTON MORTGAGE
SERVICES, LLC.
1610 EAST SAINT ANDREWS PLACE,
SUITE B15
SANTA ANA, CA 92705

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

MetaBank
xxxxxxxxxxxxxxx2850
Attn: Bankruptcy
5501 South Broadband Lane
Sioux Falls, SD 57108


Cash Store
1901 Gateway Dr. Suite 200
Irving TX 75038

International Finance Co
xxxxxxxx0003
4316 Montana Ave
El Paso, TX 79903

Personal Credit Plan/World Acceptance
xxxxxxx9401
Attn: Bankruptcy
PO Box 6429
Greenville, SC 29606

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:  **Martin Manuel Teran**

CASE NO.  **19-31208**

CHAPTER  **13**

**Certificate of Service**

(Continuation Sheet #1)

Plaza Loan
8759
110 E San Anotnio
El Paso, TX 79901

Watson & Griffin
1123 E. Rio Grande
El Paso, Texas 79902

Progressive Leasing
PO Box 650201
Dallas, TX 75265-0201

Western Shamrock Corporation
xxxxxxxxxZ003
801 South Abe Street
San Angelo, TX 76903

Stuart C. Cox, Trustee
1760 North Lee Trevino
El Paso, TX 79936

Western Shamrock Corporation
xxxxxxxxxZ011
801 South Abe Street
San Angelo, TX 76903

Sun Loan
425 E. Paisano Dr. Ste E
El Paso, TX 79901

World Finance
1188 N Yarbrough Dr Ste I
El Paso, TX 79925

Sun Loan Co
x0367
213 E San Antonio Ave
El Paso, TX 79901

Tax Ease Lien Investments 1, LLC
14800 Landmark Blvd, Suite 400
Dallas, TX  75254

Texas Credit Corporation
8111 N. Loop Suite D
El Paso, TX 79907